BEFORE THE FIRST DIVISION, AUGUST 6, 1957

**No. 61116.**—M. Pressner & Co. *v.* United States, protest 308091–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of dime savings banks in chief value of tin or tin plate the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiff was sustained.

**No. 61117.**—Surface Freight Corp. *v.* United States, protest 293988–K (New York).

Opinion by OLIVER, C. J. The protest was dismissed.

**No. 61118.**—Parksmith Corporation *v.* United States, protest 293719–K (New York).

Opinion by OLIVER, C. J. An examination of the official papers disclosing that the protest was not filed within the statutory time provided for in section 514, Tariff Act of 1930, the protest was dismissed.

**No. 61119.**—Alliance Manufacturing et al. *v.* United States, protests 262365–K/ 7108, etc. (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiffs was sustained.

**No. 61120.**—National Carloading Corporation *v.* United States, protest 300295–K/8584 (Chicago).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of bamboo poles similar in all material respects to those the subject of Abstract 59620, the claim of the plaintiff was sustained.